**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **White Pine Insurance Company,**<br>      Plaintiff,<br><br>v.<br><br>**Romie McIntosh,** *et al.***,**<br>      Defendants. | Civil No. 5:21-238-KKC<br><br><br>**JUDGMENT** |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Defendant Justin Rutherford's Motion to Join Co-Defendant's Motion to Dismiss [DE 21] is GRANTED;

2) Defendants' Motion to Dismiss [DE 19] is GRANTED;

3) The Court declines to exercise its discretion under the Declaratory Judgment Act, 28 U.S.C. § 2201;

4) this matter is DISMISSED WITHOUT PREJUDICE and STRICKEN from the Court's active docket; and

5) this judgment is FINAL and APPEALABLE.

This 6th day of July, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY